# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:15 cr 85-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | **ORDER** |
| HOKE BENJAMIN CALEB HAYES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion to Reconsider Unopposed Motion to Continue Defendant's Rule 11 Hearing (#374). At the call of Defendant's case on for hearing on June 17, 2016, it appeared that neither the Defendant nor his attorney were present for the Rule 11 proceeding that had been scheduled. The Clerk presented to the undersigned the Motion to Reconsider(#374). Due to the failure of defendant and his counsel to appear and the number of cases that were presented on the court calendar for June 17, 2016, the Court was left with no choice other than to grant the motion(#374).

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Court will reluctantly **ALLOW** the Motion to Reconsider Unopposed Motion to Continue Defendant's Rule 11 Hearing (#374).

Signed: June 23, 2016

_____
Dennis L. Howell
United States Magistrate Judge